AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Daniel Huffman<br><br>_Defendant._ | )<br>)<br>)  Case No.  18-mj-6082-Valle<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2/26/2018__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2) | Possession of child pornography. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Christopher A. Goodrich, Special Agent FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 2/26/18

_____
_Judge's signature_

City and state:  Fort Lauderdale, Florida      Alicia O. Valle, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF
# A CRIMINAL COMPLAINT

Your affiant is Christopher A. Goodrich, a Special Agent with the Federal Bureau of Investigation (FBI), who, being duly sworn, deposes and states as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so employed since 2016. I am currently assigned to the Miami Field Office Innocent Images National Initiative, which targets individuals involved in the on-line sexual exploitation of children. As part of my duties, I investigate crimes involving the sexual exploitation of minors including the production, possession, and distribution of child pornography. I received training on the proper investigative techniques for these violations, including the use of surveillance techniques and the application and execution of arrest and search warrants. I have conducted and assisted in several child exploitation investigations, and have executed search warrants that have led to seizures of child pornography. Prior to working as a Special Agent with the FBI, I was a police officer in Norfolk, Virginia from 2007 to 2016.

2. The information contained in this affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents involved in this investigation.

3. The information set forth in this affidavit is provided in support of the attached criminal complaint, charging Daniel Huffman with possession of child pornography in violation of United States Code, Title 18 Section 2252(a)(4)(B) and (b)(2).

## BACKGROUND OF THE INVESTIGATION

4. On November 3, 2017, law enforcement received a Cyber Tipline Report # 25307408 generated through the National Center for Missing and Exploited Children (NCMEC). The report shows that two-hundred and twenty-one (221) possible child pornography (CP) images / videos were uploaded to a cloud account hosted by Dropbox, Inc. between 05/08/2017 and 10/18/2017 from User

ID 669587899 with the screen name Daniel Huffman. The Dropbox account was created using email address beetlejuiceblogspot@gmail.com. According to the Cyber Tipline Report, the CP images / videos were uploaded from IP Addresses 2602:306:35ea:4e00:8917:227 a:e437:296, 2602:306:35ea:4e00:a865:f771:f525:4fc, 2602:306:35ea:4e00:e7:bf84:146a:3996 and 2602:306:35ea:4e00:39c7:c624:dd74:1e25.

5. By way of background, United States law, Title 18, United States Code §2258A, requires Electronic Service Providers and Internet Service Providers to report any instances that violate federal laws regarding the sexual exploitation of children. This law identifies NCMEC (National Center for Missing and Exploited Children) as the central repository for these reports and further permits NCMEC to share this information with law enforcement.

6. The Cyber Tipline reports are reviewed by NCMEC analysts who forward the information to local law enforcement when they are able to determine the identity and/or location of the subject. If NCMEC is unable to identify a subject and/or location, the Cyber Tipline reports are made available to the FBI and other U.S. Federal law enforcement agencies detailed to NCMEC for further action as deemed appropriate. FBI personnel from the Criminal Investigative Division are detailed to NCMEC and utilize various investigative techniques, to include the use of compulsory legal process, to identify unknown subjects of Cyber Tipline reports. Once a subject or venue is established, this information is then passed to the appropriate field office for logical investigation.

7. In order to comply with federal law and to protect their customers, Dropbox, Inc. reports the image(s) to NCMEC once it comes to their attention. Once an image is identified as possible child pornography, Dropbox, Inc. sends it to NCMEC, who acts like a clearinghouse for such matters. NCMEC forwards the information supplied by Dropbox, Inc. to appropriate law enforcement agencies.

8. NCMEC provided your affiant with access to the images and videos reported by Dropbox, Inc. Your affiant reviewed all of the files. The files depicted videos and/or images of children

engaged in sexually explicit activity. A sample of the videos reviewed are as follows:

    a. The file titled [**VID-20161115-WA0068.mp4**] is a video of a female child approximately 5-8 years old squatting onto what appears to be a dildo as an adult male holds the thin object that the child is squatting on as it penetrates the girl's vagina.

    b. The file titled [**134794bd-f38b-4410-9aBf-3c1c4fa75716.mp4**] is a video of an adult male having anal sex with a child that appears to be under the age of 1 years old. In the video the male is holding the child face down as he inserts his penis into the child's rectum.

    c. The file titled [**7yoblonde_f1317002468.3gp-2.wmv**] is a video of a female child approximately 6-8 years old standing in front of an adult male. The adult male is holding his penis as the child performs oral sex. The man sits in the chair and then ejaculates on her face and chest.

9. On January 4, 2018, a subpoena was issued to the Internet Service Provider, AT&T, who leases the above referenced IP addresses to its customers. The subpoena requested subscriber information for the aforementioned IP addresses which came back to an individual with the name Daniel Huffman with a service address of 10731 NW 2 Place, Coral Springs, FL. 33071.

10. Using the subscriber address as search criteria, your affiant obtained Daniel Huffman's DHSMV information and vehicle registration which showed that he resides at this address in Coral Springs.

11. On January 11, 2018, a State search warrant was obtained for any and all stored electronic communications or files associated with the Dropbox user account identified as 669587899 (bettlejuiceblogspot@gmail.com) with the screen name Daniel Huffman. The search warrant was served on January 11, 2018.

12. On January 22, 2018, your affiant received the requested data from Dropbox, Inc

3

pursuant to the search warrant and determined that out of the two thousand, four hundred and fifty-five (2,455) images and videos reviewed, one thousand, three hundred and six (1306) depicted children under the age of 18 engaged in sexual activity.

13. On February 26, 2018, a search warrant was executed at the residence of 10731 NW 2 Place, Coral Springs, FL 33071. During the execution of the search warrant, Daniel Huffman was interviewed after being advised of his Miranda rights. Huffman admitted to downloading and possessing child pornography. He explained that after downloading the images and videos of child pornography from the Internet he would save them to his Apple iPhone, Apple MacBook Pro and his thumb drive. Huffman admitted that the Dropbox account, beetlejuiceblogspot@gmail.com belonged to him and was used to save and view child pornography.

14. During the search of Huffman's home a Scandisk Cruzer Glide 128 GB thumb drive serial number 20051233920F5612 was found in his bedroom. Three of the files from the thumb drive are described as follows:

    a. The file titled [**10 Year Old Joey Jerks and Shows Gaping Hole Calls Mom to Check Its OK first.avi**] is a video of a prepubescent male masturbating and displaying his anus.

    b. The file titled [**Joey Takes A Shower.mp4**] is a video which depicts a prepubescent male masturbating.

    c. The file titled [**Joey Loves His Shower.mp4**] is a video which depicts a prepubescent male masturbating.

## CONCLUSION

15.     Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that on February 26, 2018, Daniel Huffman did knowingly possess child pornography in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

**FURTHER YOUR AFFIANT SAYETH NAUGHT**

Christopher A. Goodrich
Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me this 26th day of February, 2018.

HONORABLE ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 18-mj-6082-Valle

## BOND RECOMMENDATION

DEFENDANT: Daniel Huffman

Pre-Trial Detention recommended
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   M. Catherine Koontz

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):   Christopher V. Goodrich, FBI
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)