

FILED by \_\_DD\_\_ D.C.

Mar 8, 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

18-60053-CR-BLOOM/VALLE
18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)

UNITED STATES OF AMERICA

vs.

DANIEL HUFFMAN,

       Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Possession of Child Pornography
### (18 U.S.C. § 2252(a)(4)(B) & (b)(2))

On or about February 26, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DANIEL HUFFMAN,**

did knowingly possess matter, that is, a Scandisk Cruzer Glide 128 GB thumb drive, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which have been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States

Code, Sections 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor or a minor who had not attained twelve years of age.

## FORFEITURE ALLEGATIONS

1. Upon conviction of a violation of Title 18, United States Code, Section 2252, as alleged in this Indictment, the defendant, **DANIEL HUFFMAN,** shall forfeit to the United States all of his interest in the following property pursuant to Title 18, United States Code, Section 2253:

(a) any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such violation; and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such violation.

2. The property which is subject to forfeiture includes, but is not limited to, the following:

(a) one (1) Scandisk Cruzer Glide 128 GB thumb drive, bearing serial number 20051233920F5612;
(b) one (1) Apple Mac Book Pro Model A1502, bearing serial number C02LP4B9FGYY;
(c) one (1) Apple iPhone A1428, bearing serial number DQGLVPVWFH19; and
(d) one (1) Apple iPhone Model A1634, bearing serial number S/N FZLRJ268GRX1.

All pursuant to Title 18, United States Code, Section 2253 and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

*Thomas J. Mulvihill for*
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

M. CATHERINE KOONTZ
SPECIAL ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

vs.

**DANIEL HUFFMAN,**                CERTIFICATE OF TRIAL ATTORNEY*

                      **Defendant.**
_____/  **Superseding Case Information:**

**Court Division**: (Select One)      New Defendant(s)  ____ Yes  ____ No
                                      Number of New Defendants  ____
   Miami ____   Key West ____       Total number of counts  ____
   FTL _X_      WPB ____   FTP ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   __NO__
   List language and/or dialect

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to  5 days    _X_          Petty       ____
   II   6 to 10 days    ____         Minor
   III  11 to 20 days   ____         Misdem.     ____
   IV   21 to 60 days   ____         Felony      _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court? ____ (Yes or No)
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  _Yes_ (Yes or No)
   If yes:
   Magistrate Case No.                          18-mj-06082-AOV
   Related Miscellaneous numbers:               _____
   Defendant(s) in federal custody as of        02/26/2018
   Defendant(s) in state custody as of          _____
   Rule 20 from the District of                 _____

   Is this a potential death penalty case?  _No_ (Yes or No)

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2 ____ Yes  _X_ No

                                           _____
                                           CATHERINE KOONTZ
                                           ASSISTANT UNITED STATES ATTORNEY
                                           Court Number A5501929

Penalty Sheet(s) attached

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **DANIEL HUFFMAN**     Case No: _____

Counts:  1

Possession of Child Pornography

18 U.S.C. § 2252(a)(4)(B) and (b)(2)

*Max. Penalty: 20 years' imprisonment; $1,000,000 fine; a term of 5 years to life of supervised release

Count:

*Max. Penalty:

Count:

*Max. Penalty:

Count:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.