UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-60053-CR-BLOOM/VALLE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANIEL HUFFMAN,

    Defendant.
_____/

## NOTICE OF APPEARANCE

COMES NOW, the JONATHAN S. FRIEDMAN, ESQ., P.A., and files this Notice of Appearance as Attorney of Record for the Defendant, DANIEL HUFFMAN. This Notice of Appearance is for trial purposes only.

Respectfully submitted by,

JONATHAN S. FRIEDMAN, P.A.
ATTORNEY FOR DANIEL HUFFMAN
ONE EAST BROWARD BLVD.
SUITE 925
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE: (954) 713-2820
FACSIMILE: (954) 713-2894

/S/ Jonathan S. Friedman_____
JONATHAN S. FRIEDMAN, ESQ.
FLORIDA BAR NUMBER: 973297

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 20, 2018, the undersigned attorney electronically filed the foregoing document with the Clerk of the Court, AUSA, United States Attorney Office- Southern District of Florida, and other counsel of record, if any, using CM/ECF and has served same via U.S. Mail to those counsel(s) or individuals, if any, who are not authorized to receive electronically Notice of Electronic Filing.

/S/ Jonathan S. Friedman_____
JONATHAN S. FRIEDMAN, ESQ.