UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>18-CR-60053-BLOOM(s)</u>
18 U.S.C. §§ 2251(a) & (e)
18 U.S.C. §§ 2252(a)(2) & (b)(1)
18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)

FILED BY _____ D.C.

APR 2 6 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

vs.

DANIEL HUFFMAN,

      Defendant.
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Production of Child Pornography**
**(18 U.S.C. §§ 2251(a) & (e))**

On or about May 30, 2017, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DANIEL HUFFMAN,**

did employ, use, persuade, induce, entice, and coerce a minor, that is, J.Y., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer, knowing and having reason to know that such visual depiction would be transported and transmitted using any means or facility of interstate and foreign commerce, and in or affecting interstate and foreign

commerce, and such visual depiction had actually been transported and transmitted using any means and facility of interstate and foreign commerce; in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 2
### Production of Child Pornography
### (18 U.S.C. §§ 2251(a) & (e))

On or about October 18, 2017, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DANIEL HUFFMAN,**

did employ, use, persuade, induce, entice, and coerce a minor, that is, D.P.B., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer, knowing and having reason to know that such visual depiction would be transported and transmitted using any means or facility of interstate and foreign commerce, and in or affecting interstate and foreign commerce, and such visual depiction had actually been transported and transmitted using any means and facility of interstate and foreign commerce; in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 3
### Production of Child Pornography
### (18 U.S.C. §§ 2251(a) & (e))

From on or about February 17, 2018, and continuing until on or about February 19, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DANIEL HUFFMAN,**

did employ, use, persuade, induce, entice, and coerce a minor, that is, A.V., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and in or affecting interstate and foreign commerce, and such visual depiction had actually been transported and transmitted using any means and facility of interstate and foreign commerce; in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 4
### Receipt of Child Pornography
### (18 U.S.C. §§ 2252(a)(2) & (b)(1))

On or about May 30, 2017, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DANIEL HUFFMAN,**

did knowingly receive a visual depiction, using a means and facility of interstate and foreign commerce, and which had been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 5
### Receipt of Child Pornography
### (18 U.S.C. §§ 2252(a)(2) & (b)(1))

On or about October 18, 2017, in Broward County, in the Southern District of Florida, and

elsewhere, the defendant,

**DANIEL HUFFMAN,**

did knowingly receive a visual depiction, using a means and facility of interstate and foreign commerce, and which had been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 6
**Receipt of Child Pornography**
**(18 U.S.C. §§ 2252(a)(2) & (b)(1))**

On or about February 17, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DANIEL HUFFMAN,**

did knowingly receive a visual depiction, using a means and facility of interstate and foreign commerce, and which had been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 7
**Possession of Child Pornography**
**(18 U.S.C. §§ 2252(a)(4)(B) & (b)(2))**

On or about February 26, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DANIEL HUFFMAN,**

did knowingly possess matter, that is, a Scandisk Cruzer Glide 128 GB thumb drive, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which have been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor or a minor who had not attained twelve years of age.

## FORFEITURE ALLEGATIONS

1.  Upon conviction of a violation of Title 18, United States Code, Sections 2251 or 2252, as alleged in this Superseding Indictment, the defendant, **DANIEL HUFFMAN,** shall forfeit to the United States all of his interest in the following property pursuant to Title 18, United States Code, Section 2253:

    (a) any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

    (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such violation; and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such violation.

2. The property which is subject to forfeiture includes, but is not limited to, the following:

(a) one (1) Scandisk Cruzer Glide 128 GB thumb drive, bearing serial number 20051233920F5612;
(b) one (1) Apple Mac Book Pro Model A1502, bearing serial number C02LP4B9FGYY;
(c) one (1) Apple iPhone A1428, bearing serial number DQGLVPVWFH19; and
(d) one (1) Apple iPhone Model A1634, bearing serial number S/N FZLRJ268GRX1.

All pursuant to Title 18, United States Code, Section 2253 and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

*Thomas J. Mulhall for*
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

*(Francis Viamontes for)*
M. CATHERINE KOONTZ
SPECIAL ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA            CASE NO. 18-CR-60053-Bloom(s)

vs.
                                    **CERTIFICATE OF TRIAL ATTORNEY***

**DANIEL HUFFMAN,**

                 **Defendant.**
_____ /   **Superseding Case Information:**

**Court Division**: (Select One)         New Defendant(s)  ___ Yes  _X_ No
                                         Number of New Defendants    0
   Miami ___      Key West ___     Total number of counts      3
   FTL _X_        WPB ___    FTP ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)   NO
   List language and/or dialect

4. This case will take   3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   I    0  to   5 days   _X_      Petty       ___
   II   6  to  10 days   ___      Minor       ___
   III  11 to  20 days   ___        Misdem.   ___
   IV   21 to  60 days   ___        Felony    _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court?   Yes   (Yes or No)
   If yes:
   Judge: Bloom                           Case No.  18-CR-60053
             (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   Yes   (Yes or No)
   If yes:
   Magistrate Case No.                    18-MJ-06082-AOV
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of  02/26/2018
   Defendant(s) in state custody as of
   Rule 20 from the District of

   Is this a potential death penalty case?   No    (Yes or No)

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___Yes   _X_ No

                                                    _____
                                                    M. CATHERINE KOONTZ
                                                    ASSISTANT UNITED STATES ATTORNEY
                                                    Court Number A5501929

Penalty Sheet(s) attached

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: DANIEL HUFFMAN          **Case No**: 18-CR-60053-BLOOM(s)

Counts: 1-3

Production of child pornography

18 U.S.C. § 2251(a) and (e)

**\*Max. Penalty:** Thirty (30) years' imprisonment with a minimum mandatory term of fifteen (15) years' imprisonment; $250,000 fine; 5 years' to life supervised release.

Count: 4-6

Receipt of child pornography

18 U.S.C. § 2252(a)(2) and (b)(1)

**\*Max. Penalty:** 20 years' imprisonment with a 5 year mandatory minimum term of imprisonment; $1,000,000 fine; a term of 5 years to life of supervised release

Count: 7

Possession of child pornography

18 U.S.C. § 2252(a)(4)(B) and (b)(2)

**\*Max. Penalty:** 20 years' imprisonment; $1,000,000 fine; a term of 5 years to life of supervised release

Count:

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.