```
                      UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA

                        18-60053-CR-BLOOM/VALLE


UNITED STATES OF AMERICA,    )
                             )
             PLAINTIFF,      )
                             )
       VS.                   )
                             )
DANIEL HUFFMAN,              )
                             )
             DEFENDANT.      )
_____)
               (TRANSCRIPT BY DIGITAL RECORDING)


         TRANSCRIPT OF INITIAL APPEARANCE HAD BEFORE THE
HONORABLE ALICIA O. VALLE, IN FORT LAUDERDALE, BROWARD COUNTY,
FLORIDA, ON FEBRUARY 27, 2018, IN THE ABOVE-STYLED MATTER.



APPEARANCES:

FOR THE GOVERNMENT:   M. CATHERINE KOONTZ, A.U.S.A.
                      500 EAST BROWARD BOULEVARD, 7TH FLOOR
                      FORT LAUDERDALE, FL 33301 - 954-713-2820

FOR THE DEFENDANT:    JONATHAN S. FRIEDMAN, ESQ.
                      ONE EAST BROWARD BOULEVARD, SUITE 925
                      FORT LAUDERDALE, FL 33301 - 954 713-2820



               CARL SCHANZLEH, RPR - CM
               CERTIFIED COURT REPORTER
                  9960 SW 4TH STREET
                PLANTATION, FLORIDA 33324
                     954 424-6723
```

```
 1  (FORT LAUDERDALE, BROWARD COUNTY, FLORIDA;  FEBRUARY 27, 2018,
 2  IN OPEN COURT.)
 3          THE COURT:  ALSO DO WE HAVE DANIEL HUFFMAN?
 4          (INAUDIBLE)
 5          THE COURT:  OKAY.  MR. HUFFMAN, PLEASE LISTEN TO ME
 6  BECAUSE WHAT I WOULD LIKE TO DO NOW IS ADVISE BOTH YOU AND
 7  MR. LYONS AT THE SAME OF YOUR GENERAL RIGHTS IN CONNECTION WITH
 8  YOUR APPEARANCE IN COURT.
 9          AFTER THAT, MR. HUFFMAN, WHEN YOU GET UP TO THE PODIUM
10  THEN WE CAN TALK SPECIFICALLY ABOUT YOUR CASE.  BUT FOR NOW
11  PLEASE LISTEN AS I ADVISE YOU OF YOUR RIGHTS.
12          FIRST OF ALL, YOU HAVE THE RIGHT TO REMAIN SILENT.
13  ANYTHING THAT YOU SAY CAN BE USED AGAINST YOU.
14          YOU HAVE THE RIGHT TO HAVE A LAWYER TO REPRESENT YOU
15  AT THIS PROCEEDING AND AT FUTURE PROCEEDINGS BEFORE THE COURT.
16  IF YOU DO NOT HAVE THE FINANCES, THE MONEY TO HIRE YOUR OWN
17  LAWYER I CAN APPOINT A LAWYER FOR YOU FREE OF CHARGE IF I
18  DETERMINE THAT YOU MEET CERTAIN FINANCIAL CONDITIONS.
19          YOU HAVE THE RIGHT TO HAVE A BOND HEARING OR A
20  DETENTION HEARING IF THE GOVERNMENT IS REQUESTING THAT YOU BE
21  DETAINED PENDING TRIAL.  AT THAT TIME THEN I WOULD MAKE THE
22  DECISION OR ANOTHER JUDGE WHETHER TO RELEASE YOU ON A MONETARY
23  BOND OR WHETHER YOU TO DETAIN YOU PENDING TRIAL OF WHATEVER
24  PROCEEDING YOU HAVE.
25          IF I RELEASE YOU ON A MONETARY BOND YOU ARE STILL
```

1  SUBJECT TO ARREST AND TO VARIOUS OTHER CIVIL AND CRIMINAL
2  SANCTIONS IF YOU VIOLATE ANY OF THE CONDITIONS THAT I MAY SET
3  ALONG WITH THAT MONETARY BOND.
4              AND FOR MR. HUFFMAN.  IF YOU HAVE NOT BEEN INDICTED AS
5  YOU, YOU'RE APPEARING HERE PURSUANT TO A CRIMINAL COMPLAINT YOU
6  ARE ENTITLED TO HAVE A PRELIMINARY HEARING WITHIN 14 DAYS OF
7  TODAY IF YOU ARE HELD IN CUSTODY OR WITHIN 21 DAYS OF TODAY IF
8  I RELEASE YOU ON A MONETARY BOND.
9              AT THAT PRELIMINARY HEARING THE GOVERNMENT WOULD HAVE
10 TO SHOW THAT THERE IS PROBABLE CAUSE TO BELIEVE THAT A CRIME
11 WAS COMMITTED AND THAT YOU WERE THE PERSON WHO COMMITTED THAT
12 CRIME.
13             HOWEVER, THERE IS NO NEED FOR A PRELIMINARY HEARING IF
14 INSTEAD THE GOVERNMENT PRESENTS EVIDENCE TO A GRAND JURY AND
15 THE GRAND JURY RETURNS AN INDICTMENT AGAINST YOU.
16             ARE YOU A UNITED STATES CITIZEN, MR. LYONS?
17             MR. LYONS:  YES, MA'AM.
18             THE COURT:  AND, MR. HUFFMAN, ARE YOU, SIR?
19             MR. HUFFMAN:  YES.
20             THE COURT:  ALL RIGHT.
21             SO THOSE ARE YOUR RIGHTS IN CONNECTION WITH YOUR
22 APPEARANCES HERE TODAY.
23             [WHEREUPON, THERE WAS A BRIEF RECESS]
24             THE COURT:  UNITED STATES VERSUS DANIEL HUFFMAN, CASE
25 NUMBER 18-6082.

1          COUNSEL, PLEASE ANNOUNCE YOUR APPEARANCES FOR THE
2  RECORD.
3          MS. KOONTZ:  GOOD MORNING, YOUR HONOR.  CATHERINE
4  KOONTZ ON BEHALF OF THE UNITED STATES.
5          THE COURT:  GOOD MORNING, MISS KOONTZ.
6          MR. FRIEDMAN:  GOOD MORNING, YOUR HONOR.  JONATHAN
7  FRIEDMAN.  I'M HERE ON BEHALF OF DANIEL HUFFMAN.  I ENTERED A
8  TEMPORARY APPEARANCE YESTERDAY.
9          THE COURT:  THANK YOU VERY MUCH.  NICE TO MEET YOU,
10 MR. FRIEDMAN.
11         MR. FRIEDMAN:  YOU TOO.
12         THE COURT:  MR. HUFFMAN, GOOD MORNING AGAIN.
13         ALL RIGHT.  SO WE ARE HERE THIS MORNING ON AN INITIAL
14 APPEARANCE ON A CRIMINAL COMPLAINT THAT WAS FILED.
15         MR. HUFFMAN, I ADVISED YOU OF YOUR RIGHTS WHEN YOU
16 WERE SITTING IN THE JURY BOX.
17         ANY QUESTIONS?
18         MR. HUFFMAN:  NO, MA'AM.
19         THE COURT:  ALL RIGHT.  GOOD.
20         LET ME TELL YOU ABOUT THE CHARGES AGAINST YOU.
21         YOU'RE BEEN CHARGED IN A CRIMINAL COMPLAINT WITH
22 POSSESSION OF PORNOGRAPHY.  IF CONVICTED OF THAT OFFENSE -- I'M
23 SORRY.  THIS IS MISS KOONTZ'S CASE.
24         MS. KOONTZ:  YES, YOUR HONOR.
25         THE COURT:  WHAT IS THE MAXIMUM PENALTY?

```
 1              MS. KOONTZ:  THERE IS NO MANDATORY MINIMUM BUT THERE
 2   IS A 20 YEAR MAXIMUM PENALTY.
 3              THE COURT:  ALL RIGHT.  YOU HEARD THE GOVERNMENT,
 4   MR. HUFFMAN.  IT'S A 20 YEAR MAXIMUM PENALTY.  THAT IS NOT A
 5   PREDICTION OF WHAT TIME YOU WOULD RECEIVE IF YOU WERE TO BE
 6   SENTENCED, IT IS THE STATUTORY MAXIMUM ALLOWED BY LAW.
 7              WE TELL YOU THAT SO THAT YOU GET A SENSE OF THE
 8   SERIOUSNESS OF THE CHARGES AGAINST YOU.
 9              DO YOU UNDERSTAND THAT, SIR?
10              MR. HUFFMAN:  I UNDERSTAND THAT, MA'AM.
11              THE COURT:  ALL RIGHT.  AND SO, YOU'VE GOT A LAWYER TO
12   REPRESENT YOU.  MR. FRIEDMAN HAS MADE A TEMPORARY APPEARANCE ON
13   YOUR BEHALF.  SO THAT BOX IS CHECKED.
14              HOW MUCH TIME WILL YOU NEED FOR A REPORT RE: COUNSEL?
15              MR. FRIEDMAN:  I DON'T KNOW -- I'M GOING TO SPEAK WITH
16   MISS KOONTZ ABOUT THE GRAND JURY AND HOW THAT'S GOING TO
17   PROCEED.  BUT PERHAPS TWO WEEKS, JUDGE, WOULD BE SUFFICIENT.
18              THE COURT:  ALL RIGHT.
19              MR. FRIEDMAN:  WE DID COME TO AN AGREEMENT AS TO A
20   BOND IF THE COURT WOULD LIKE TO ENTERTAIN THAT AT THIS
21   JUNCTURE, JUDGE.
22              THE COURT:  ALL RIGHT.  I'LL HEAR FROM THE GOVERNMENT
23   FIRST.
24              MR. FRIEDMAN:  SURE.
25              MS. KOONTZ:  YOUR HONOR, WE HAVE AGREED TO RECOMMEND
```

```
 1  $150,000 PERSONAL SURETY BOND TO BE CO-SIGNED BY HIS MOTHER.
 2          THE COURT:  IS THE MOTHER HERE?
 3          MR. FRIEDMAN:  YES, JUDGE, SHE IS HERE.  HER NAME IS
 4  DEBORAH HUFFMAN.
 5          MISS HUFFMAN, COME ON UP.
 6          THE COURT:  OKAY.
 7          MR. FRIEDMAN:  THEY RESIDE IN CORAL SPRINGS, YOUR
 8  HONOR.  SHE OWNS HER HOUSE AND IT'S PAID FOR AND THAT'S WHERE
 9  DANIEL RESIDES AS WELL WITH HIS MOTHER.
10          THE COURT:  WHAT'S THE ADDRESS OF THE HOME.
11          MR. FRIEDMAN:  THE ADDRESS OF THE HOME -- I HAVE IT.
12  LET ME JUST GRAB IT.
13          WHAT'S YOUR ADDRESS?  (INAUDIBLE)
14          MR. FRIEDMAN:  10731 NORTHWEST 2ND PLACE, AND THAT'S
15  CORAL SPRINGS, FLORIDA, 2207 (INAUDIBLE)
16          THE COURT:  LET ME TAKE A LOOK AT THE PRETRIAL
17  SENTENCE REPORT --
18          MR. FRIEDMAN:  SURE.
19          THE COURT:  -- FOR A MINUTE.
20          MISS KOONTZ --
21          MS. KOONTZ:  YES, YOUR HONOR.
22          THE COURT:  -- THAT'S NOT YOUR TYPICAL BOND REQUEST.
23          MS. KOONTZ:  THAT'S CORRECT, YOUR HONOR.
24          I BELIEVE IN THIS CASE THE DEFENDANT IS NOT A FLIGHT
25  RISK.  HE HAS LIVED HERE WITH HIS PARENTS FOR I BELIEVE 30 --
```

```
 1   CLOSE TO 30 YEARS, MR. FRIEDMAN?
 2          MR. FRIEDMAN:  YEAH.  THE -- MY CLIENT IS 27 BUT HE'S
 3   LIVED IN FLORIDA AND HE HAS LIVED WITH HIS MOTHER HIS ENTIRE
 4   LIFE, JUDGE.
 5          MS. KOONTZ:  AND AS FOR DANGER TO THE COMMUNITY, YOUR
 6   HONOR.  I BELIEVE HIS DANGER LIES IN THE USE OF THE COMPUTER,
 7   AND I KNOW WITH THE ADAM WALSH CONDITIONS HE WON'T HAVE ACCESS
 8   TO A COMPUTER.  SO THAT'S WHY, YOUR HONOR, IN THIS CASE WE ARE
 9   RECOMMENDING THE PERSONAL SURETY BOND.
10          THE COURT:  ALL RIGHT.  I'VE REVIEWED THE PRESENTENCE
11   INVESTIGATION REPORT.  UNFORTUNATELY THE DEFENDANT WAS NOT
12   INTERVIEWED SO THERE IS NOT TOO MUCH INFORMATION IN TERMS OF
13   MENTAL HEALTH OR OTHER --
14          MR. FRIEDMAN:  I BELIEVE THE PRETRIAL OFFICER JUST IN
15   THE TIME WE'VE BEEN STANDING HERE ASKED SOME PERTINENT
16   QUESTIONS DEALING WITH THOSE TWO ISSUES, JUDGE.  SO IF THEY
17   WANT TO FILL YOU IN --
18          THE COURT:  CAN YOU COME UP AND FILL ME IN.
19          (INAUDIBLE)
20          ALL RIGHT.
21          AFTER SPEAKING WITH THE PRETRIAL SERVICES OFFICER AND
22   AFTER HEARING FROM THE GOVERNMENT IN TERMS OF THE RATIONAL FOR
23   THIS BOND I AM GOING TO ACCEPT IT.
24          I WILL SET BOND AT A 25,000 -- I'M SORRY.  A 150,000
25   PERSONAL SURETY BOND TO BE CO-SIGNED BY THE DEFENDANT'S MOTHER,
```

```
 1  DEBORAH HUFFMAN, WHO IS HERE IN THE COURTROOM.
 2          MISS HUFFMAN, I NEED YOU TO UNDERSTAND THAT BY SIGNING
 3  THIS BOND YOU ARE -- AS A CO-SIGNER YOU BECOME RESPONSIBLE IF
 4  YOUR SON DOES NOT APPEAR IN COURT AND THE GOVERNMENT CAN GO
 5  AFTER YOU FOR THE FULL AMOUNT OF THIS BOND.
 6          DO YOU UNDERSTAND THAT?
 7          (INAUDIBLE)
 8          THE COURT:  AND YOU'RE STILL WILLING TO SIGN IT?
 9          (INAUDIBLE)
10          THE COURT:  OKAY.  I JUST WANT -- YOU NEED TO
11  UNDERSTAND THAT.
12          ALL RIGHT.  THANK YOU VERY MUCH.
13          BY SIGNING THE BOND THAT ALSO MEANS THAT YOU CANNOT IN
14  ANY WAY MORTGAGE, SELL, OR ENCUMBER THE PROPERTY IN WHICH YOU
15  LIVE AT 10731 NORTHWEST 2ND PLACE IN CORAL SPRINGS.
16          DO YOU UNDERSTAND THAT?  THAT IS ALSO A CONDITION OF
17  THE BOND.
18          (INAUDIBLE)
19          THE COURT:  IN ADDITION, I WILL SET THE FOLLOWING
20  CONDITIONS.
21          ACCORDING TO THE ADAM WALSH ACT I AM REQUIRED TO
22  IMPOSE ELECTRONIC MONITORING AS A CONDITION OF PRETRIAL
23  RELEASE.  THE ELECTRONIC MONITORING IS TO BE PAID FOR BY THE
24  DEFENDANT.
25          IN ADDITION -- LET'S SEE.  YOU'RE TO AVOID -- YOUR
```

1  TRAVEL IS RESTRICTED TO THE SOUTHERN DISTRICT OF FLORIDA.  THAT
2  MEANS YOU CAN ONLY GO UP AS FAR NORTH AS VERO BEACH AND AS FAR
3  SOUTH AS, OF COURSE, KEY WEST.
4          IF YOU GO TO ORLANDO YOU ARE OUT OF BOUNDS.  IF YOU GO
5  TO NAPLES, YOU ARE OUT OF BONDS.  IN ORDER TO NOT MAKE A
6  MISTAKE AND HAVE YOUR -- YOUR BOND REVOKED, BETTER TO CHECK
7  WITH PRETRIAL SERVICES IF YOU INTEND TO TRAVEL SO THAT YOU STAY
8  WITHIN THE GEOGRAPHIC LIMITS OF MY ORDER.
9          DO YOU UNDERSTAND THAT?
10         MR. HUFFMAN:  I UNDERSTAND, MA'AM.
11         THE COURT:  OKAY.  YOU'RE NOT TO HAVE ANY CONTACT WITH
12 ANY VICTIMS OR WITNESSES OF THE CRIME.
13         YOU ARE TO REPORT ON A REGULAR BASIS TO PRETRIAL
14 SERVICES AS DIRECTED.
15         YOU ARE NOT TO POSSESS ANY FIREARM OR ANY OTHER
16 DESTRUCTIVE WEAPON.
17         YOU ARE TO -- ARE WE GOING TO SET A CURFEW ON THIS
18 CASE?
19         MS. KOONTZ:  WE WOULD LIKE A CURFEW.  I KNOW HE IS
20 EMPLOYED.  I DON'T KNOW WHAT THE HOURS OF HIS EMPLOYMENT ARE.
21         MR. HUFFMAN:  NORMALLY I'M OFF AT LIKE ELEVEN O'CLOCK
22 THE LATEST (INAUDIBLE)
23         MR. FRIEDMAN:  CAN THE COURT SET A CURFEW OF -- HOW
24 LONG DOES IT TAKE YOU TO GET HOME?
25         MR. HUFFMAN:  LIKE MAYBE 40 MINUTES TO AN HOUR.

1          MR. FRIEDMAN:  CAN THE COURT SET A CURFEW ON TWELVE

2    O'CLOCK MIDNIGHT JUST TO TAKE INTO CONSIDERATION HIS WORK

3    SCHEDULE?

4          THE COURT:  YOU GET OUT AT ELEVEN P.M.?

5          MR. HUFFMAN:  YEAH.  AT THE LATEST.

6          THE COURT:  AND WHEN DO YOU START?

7          MR. HUFFMAN:  NORMALLY THE EARLIEST I START IS AROUND

8    TEN O'CLOCK, EIGHT OR NINE O'CLOCK.

9          THE COURT:  P.M.?

10         MR. HUFFMAN:  A.M.

11         MR. FRIEDMAN:  A.M.

12         THE COURT:  SO YOU WORK A 12 HOUR DAY?

13         MR. HUFFMAN:  NO.  I NORMALLY WORK (INAUDIBLE) A DAY.

14   SO IN THE MORNING I'M WORKING THE MORNING SHIFT I'M NORMALLY

15   (INAUDIBLE) AROUND SEVEN OR EIGHT TO AROUND THREE OR FOUR AND

16   (INAUDIBLE) TO TEN OR ELEVEN.

17         THE COURT:  SO WHAT CURFEW DO YOU SUGGEST?

18         THE PROBATION OFFICER:  YOUR HONOR, WE CAN PERHAPS

19   MAYBE BE HOME CONFINEMENT AND THEN (INAUDIBLE)

20         THE COURT:  ALL RIGHT.  INSTEAD OF HAVING THE CURFEW?

21         ALL RIGHT.  SO HOME CONFINEMENT WITH ELECTRONIC

22   MONITORING WITH ALLOWANCES FOR WORK, ATTORNEY VISITS, MEDICAL

23   VISITS, RELIGIOUS IF NECESSARY, AND YOU WILL HAVE TO GET WITH

24   PRETRIAL SERVICES AS TO WHAT YOUR WORK HOURS ARE SO THEY KNOW

25   WHEN YOU'RE GOING TO BE OUT.  OTHERWISE THAT BEEPER IS GOING TO

```
 1  BE GOING OFF AND THEY'RE GOING TO COME AND GET YOU.
 2          MR. FRIEDMAN:  I HAVE HIS PASSPORT AS WELL, JUDGE, AND
 3  I'LL -- I'LL SURRENDER THIS --
 4          THE COURT:  RIGHT.  SURRENDER ALL TRAVEL DOCUMENTS,
 5  NOT OBTAIN NEW ONES DURING THE PENDENCY OF THIS ACTION.
 6          YOU ARE TO PARTICIPATE IN SPECIALIZED SEX OFFENDER
 7  EVALUATION AND TREATMENT IF NECESSARY IF DETERMINED BY PRETRIAL
 8  SERVICES, AND TO CONTRIBUTE TO THE COST OF THOSE SERVICES
 9  RENDERED BASED ON YOUR ABILITY TO PAY AS DETERMINED BY THE
10  PROBATION OFFICE.
11          AS WELL, YOU -- WE ALREADY TALKED ABOUT ELECTRONIC
12  MONITORING AND HOME DETENTION.
13          THE DEFENDANT SHALL NOT POSSESS, PROCURE, PURCHASE, OR
14  OTHERWISE OBTAIN ANY INTERNET CAPABLE DEVICE AND/OR COMPUTER,
15  AND THIS IS A RESTRICTION FOR THE ENTIRE HOUSEHOLD.
16          MR. FRIEDMAN:  WELL, HIS MOTHER OWNS A COMPUTER,
17  JUDGE.  AND MY UNDERSTANDING IS THAT AS LONG AS SHE HAS IT
18  LOCKED UP OR SHE TAKES IT WITH HER WHEN SHE GOES TO WORK THEN
19  SHE CAN OBVIOUSLY POSSESS THAT COMPUTER IN THE HOUSE EVEN
20  THOUGH THEY LIVE TOGETHER.
21          THE COURT:  WELL, AS LONG AS HE DOES NOT HAVE ACCESS
22  TO IT.
23          MR. FRIEDMAN:  YES.  THAT'S CORRECT.
24          THE COURT:  ADDITION --
25          (INAUDIBLE)
```

```
 1              THE COURT:  OKAY.  I ASSUME MISS HUFFMAN HEARD YOU.
 2              BUT PART OF THE CONDITION IS THAT THE DEFENDANT NOT
 3    HAVE ACCESS TO THE INTERNET, THAT INCLUDES THE YIFY IN THE
 4    HOUSE.  HE IS NOT TO KNOW THE CODE OR HAVE ANY ACCESS TO ANY
 5    INTERNET DEVICE WHETHER IT'S A COMPUTER, A LAPTOP, A PHONE, A
 6    SMART TV, NOTHING.  OTHERWISE THERE WILL BE A VIOLATION OF THE
 7    ORDER.
 8              DO YOU UNDERSTAND THAT, MR. HUFFMAN?
 9              MR. HUFFMAN:  I UNDERSTAND THAT, MA'AM.
10              THE COURT:  ALL RIGHT.
11              ADDITIONALLY YOU ARE PROHIBITED FROM USING ANY OTHER
12    PERSON'S COMPUTER OR DEVICE THAT HAS INTERNET CAPABILITY.  SO
13    YOU CAN'T HAVE ONE AND YOU CAN'T USE ANYBODY ELSE'S.
14              YOU ARE PROHIBITED FROM ESTABLISHING OR MAINTAINING
15    ANY E-MAIL ACCOUNT OR ANY SOCIAL MEDIA ACCOUNT.
16              ADDITIONALLY, YOU ARE PROHIBITED FROM USING ANOTHER
17    PERSONS E-MAIL ACCOUNT OR SOCIAL MEDIA ACCOUNT.
18              DO YOU UNDERSTAND THAT?
19              MR. HUFFMAN:  I UNDERSTAND THAT, MA'AM.
20              THE COURT:  YOU MUST PROVIDE MONTHLY, OR UPON REQUEST
21    BY THE PRETRIAL SERVICES OFFICE YOUR PERSONAL PHONE AND CREDIT
22    CARD BILLINGS TO PRETRIAL SERVICES TO CONFIRM THAT THERE ARE NO
23    SERVICES WITH ANY INTERNET SERVICES PROVIDER.
24              DO YOU UNDERSTAND THAT?
25              MR. HUFFMAN:  (INAUDIBLE)
```

```
 1                MR. HUFFMAN:  I UNDERSTAND THAT FULLY.
 2                THE COURT:  ALSO YOU ARE NOT PERMITTED TO ENTER OR USE
 3    ANY LOCAL, STATE, FEDERAL, OR PRIVATE LIBRARY OR ANY BOOKSTORE.
 4                UNDERSTOOD?
 5                MR. HUFFMAN:  UNDERSTOOD, MA'AM.
 6                THE COURT:  YOU ARE PROHIBITED FROM VIEWING, OWNING,
 7    OR POSSESSING ANY OBSCENE PORNOGRAPHY OR SEXUALLY ASSIMILATING
 8    VISUAL OR AUDITORY MATERIAL INCLUDING A TELEPHONE, ELECTRONIC
 9    MEDIA, COMPUTER PROGRAMS, OR COMPUTER SERVICES.
10                DO YOU UNDERSTAND?
11                MR. HUFFMAN:  I UNDERSTAND, MA'AM.
12                THE COURT:  AND YOU SHALL SUBMIT TO A SEARCH OF YOUR
13    PERSON OR YOUR PROPERTY CONDUCTED IN A REASONABLE MANNER AND AT
14    ANY REASONABLE TIME BY U.S. PROBATION.
15                DO YOU UNDERSTAND THAT?
16                MR. HUFFMAN:  I UNDERSTAND THAT, MANUAL.
17                THE COURT:  THESE CONDITIONS ARE A LOT BUT THEY'RE
18    BETTER THAN BEING IN JAIL.  AGREE?
19                MR. HUFFMAN:  AGREE.
20                THE COURT:  ALSO YOU ARE TO SUBMIT TO SUBSTANCE ABUSE
21    TESTING AND TREATMENT AS DEEMED NECESSARY BY THE PRETRIAL
22    SERVICES PROBATION OFFICE AND YOU ARE TO SUBMIT TO MENTAL
23    HEALTH AND/OR TREATMENT AS DEEMED NECESSARY BY THE PROBATION
24    OFFICE.
25                MR. HUFFMAN:  OKAY.
```

```
 1              THE COURT:  ALL RIGHT?
 2              ANYTHING FURTHER FROM EITHER PARTY, THE GOVERNMENT,
 3   DEFENSE, PROBATION?
 4              MS. KOONTZ:  NO, YOUR HONOR.
 5              MR. FRIEDMAN:  NO, YOUR HONOR.
 6              THE COURT:  PRETRIAL SERVICES?
 7              THE PROBATION OFFICER:  NO, YOUR HONOR.
 8              THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.
 9              THE PRELIMINARY HEARING OR ARRAIGNMENT DATE ON THIS
10   CASE IS SET FOR MARCH 20TH AT ELEVEN A.M. BEFORE JUDGE HUNT.
11              THE CLERK:  JUDGE, IT WILL BE MARCH 13TH SINCE THE
12   DEFENDANT IS GETTING BOND FOR A REPORT RE: COUNSEL AND
13   ARRAIGNMENT AT ELEVEN BEFORE JUDGE HUNT.
14              THE COURT:  THANK YOU.  MARCH 13TH?
15              MR. FRIEDMAN:  JUDGE IS -- OKAY.  I'LL HAVE SOMEBODY
16   HERE.  I'M GOING TO BE OUT OF THE DISTRICT IN ANOTHER CASE
17   BUT --
18              THE COURT:  OKAY.
19              MR. FRIEDMAN:  -- WE'LL TAKE CARE OF IT.
20              THE COURT:  AND ALSO YOU WILL HOPEFULLY HAVE A REPORT
21   RE: COUNSEL AS WELL.
22              MR. FRIEDMAN:  YES.
23              THE COURT:  THANK YOU VERY MUCH.
24              MR. FRIEDMAN:  THANK YOU, JUDGE.
25              THE COURT:  SO WE'LL SET THAT FOR ARRAIGNMENT AND A
```

```
 1  REPORT RE: COUNSEL.
 2          MS. KOONTZ:  THANK YOU, JUDGE.
 3          THE COURT:  THANK YOU.
 4          DOES THAT CONCLUDE OUR CALENDAR TODAY?
 5          THE CLERK:  YES, JUDGE.
 6          THE COURT:  THANK YOU.
 7                       - - -
```

# C E R T I F I C A T E

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

I, CARL SCHANZLEH, OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, DO HEREBY CERTIFY THAT THE FOREGOING 15 PAGES CONSTITUTE A TRUE TRANSCRIPT OF THE PROCEEDINGS HAD BEFORE THE SAID COURT HELD IN THE CITY OF FORT LAUDERDALE, FLORIDA, IN THE MATTER THEREIN STATED.

IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND ON THIS 27TH DAY OF APRIL 2018.

/S/CARL SCHANZLEH
CARL SCHANZLEH, RPR-CM
CERTIFIED COURT REPORTER
9960 SW 4TH STREET
PLANTATION, FL 33324
TELEPHONE 954 424-6723